(UNITED STATES DISTRICT COURT)                    4-27-22

(1)

Ajamu M. EL-Amin                |  Cassie Cass — TSD
(plaintiff)                     |  Mitchel Sherman — Captain
                                |  (et al)
                                |       (defendants)

I am a prisoner at IMCC and I live on M unit. Almost 3 months ago the above defedants took the entire unit toothbrushes away because one inmate injected his toothbrush. I have not brushed my teeth in going on 3 months. I have a left infection on my tongue and I have sores in my lower mouth. I seen the dentist on 4-26-22 and he said my infection are healing but I had some cavityies in my teeth. The word is he is going to fill my cavitys tomorrow. I feel that just because another inmate violated a rule I should not have to pay for his crime. I feel if one person breaks a rule the entire unit should not pay for his crime. I seen the dentist on 4-28-22 he said I had 10 cavities and he worked on 3 of them on that. I heard Mitchel Sherman took the toothbrashes then another IMCC staff said Cassie Cass is the one who took the toothbrushes. The only unit at IMCC that is restricted from normal toothbrushes is M unit. When people on P unit injected toothbrushes the entire unit was not punished.

(2)

People in IMCC have injected pencils/raidor/batteries and they have given us 2nd class pencils that are very difficult to use. There has been more raids/battery injections than toothbrush or pencil/pen and they have never restricted the raids/batteries. There was an injecting of a raids/batteries in the last 30 days. IMCC has taken everyone's toothbrush and toothbrush holder and has not paid us for them. Please enter my 1983 claim in court and send me a 1983 packet plus a Forma Pupuy so I can pay the court by the month.

THANK YOU AND HAVE A BLESSED DAY

AJAMU M EL-AMIN

GO
WA



CEDAR RAPIDS IA  522

2 MAY 2022   PM 2   L

**RECEIVED**

MAY 0 6 2022

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

X-RAYED & CLEARED BY U.S.M.S. 95

Stephanie M. Rose, Federal Judge
Clerk, United States District Court
U.S. Courthouse/P.O. Box 9344
Des Moines, IA 50306-9344

50306-934444